1  CENTER FOR DISABILITY ACCESS
   Amanda Seabock, Esq., SBN 289900
2  Prathima Price, Esq., SBN 321378
3  Dennis Price, Esq., SBN 279082
   8033 Linda Vista Road, Suite 200
4  San Diego, CA 92111
   (858) 375-7385; (888) 422-5191 fax
5  amandas@potterhandy.com
6  Attorneys for Plaintiff

7  Ben Nicholson, #239893
   ben.nicholson@mccormickbarstow.com
8  Christopher A. Kent, #332892
9  christopher.kent@mccormickbarstow.com
   MCCORMICK, BARSTOW, SHEPPARD,
10 WAYTE & CARRUTH LLP
   7647 North Fresno Street
11 Fresno, California 93720
12 Telephone: (559) 433-1300
   Facsimile: (559) 433-2300
13 Attorneys for Defendant
   2L Plus, Inc.
14

15           UNITED STATES DISTRICT COURT
16           NORTHERN DISTRICT OF CALIFORNIA

17 SCOTT JOHNSON,                     )  Case No.: 4:21-cv-02793-KAW
18         Plaintiff,                 )
   v.                                 )  **JOINT STIPULATION FOR**
19                                    )  **DISMISSAL PURSUANT TO**
   2L PLUS, INC., a California Corporation, )  **FEDERAL RULE OF CIVIL**
20                                    )  **PROCEDURE 41(a)(1)(A)(ii)**
           Defendants.                )
21                                    )
22

23     Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by
24 and between the parties hereto that this action may be dismissed with prejudice as to all
25 parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is
26 made as the matter has been resolved to the satisfaction of all parties.
27
28

1 | Dated: November 19, 2021         CENTER FOR DISABILITY ACCESS

2

3 |                                  By:    /s/ Amanda Seabock
                                            Amanda Seabock
4 |                                         Attorneys for Plaintiff

5

6 | Dated: November 19, 2021         MCCORMICK, BARSTOW, SHEPPARD,
                                     WAYTE & CARRUTH LLP
7

8

9

10 |                                 By:    /s/ Christopher A. Kent
                                            Ben Nicholson
11 |                                        Christopher A. Kent
                                            Attorneys for Defendant
12 |                                        2L Plus, Inc.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Christopher A. Kent, counsel for 2L Plus, Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: November 19, 2021        CENTER FOR DISABILITY ACCESS

                                By:    /s/ Amanda Seabock
                                       Amanda Seabock
                                       Attorneys for Plaintiff